# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| **RafAEL ORTIZ, and others similarly situated,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **CIVIL ACTION NO. 0:11-cv-60649** |
| **LTP MANAGEMENT GROUP, INC., d/b/a HOOTERS; HOOTERS PEMBROKE PINES, INC., and HOOTERS OF AMERICA, LLC.,** ) ) ) ) ) | |
| **Defendants.** ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Rafael Ortiz and Defendant Hooters of America, LLC, Defendant LTP Management Group, Inc., and Defendant Hooters of Pembroke Pines, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate and agree to the DISMISSAL WITH PREJUDICE of this action.

Respectfully submitted, this 5th day of October 2011.

*[Signatures of counsel appear on the following page.]*

| | |
|---|---|
| s/Susan Potter Norton | s/Anthony V. Falzon |
| Susan Potter Norton | Anthony V. Falzon |
| Florida Bar No. 0201847 | Florida Bar No. 69167 |
| Allen Norton & Blue | Simon, Schindler & Sandberg, LLP |
| 121 Majorca Avenue, Suite 300 | 2650 Biscayne Boulevard |
| Coral Gables, Florida 33134 | Miami, Florida 33137 |
| (305) 445-7801 (Telephone) | (305) 576-1300 (Telephone) |
| (305) 442-1578 (Facsimile) | (305) 576-1331 (Facsimile) |
| snorton@anblaw.com | afalzon@miami-law.net |
| | |
| Stanford G. Wilson | Attorneys for Plaintiff Rafael Ortiz |
| Georgia Bar No. 769175 | |
| (Admitted *Pro Hac Vice*) | |
| Elarbee, Thompson, Sapp & Wilson, LLP | s/ Richard J. Simeone |
| 800 International Tower | Richard J. Simeone |
| 229 Peachtree Street, N.E. | Florida Bar No. 0109460 |
| Atlanta, Georgia 30303 | Richard A. Simeone, P.A. |
| (404) 659-6700 (Telephone) | 4411 Cleveland Avenue |
| (404) 222-9718 (Facsimile) | Ft. Myers, Florida 33901 |
| | (970) 920-7939 (Telephone) |
| Attorneys for Defendant Hooters of America, LLC | (970) 920-7964 (Facsimile) |
| | |
| | Attorneys for Defendant LTP Management Group, Inc. |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will automatically send notification of such on all counsel or parties of record on the Service List below.

s/ Anthony V. Falzon

## SERVICE LIST

Anthony V. Falzon
afalzon@miami-law.net
Simon, Schindler & Sandberg, LLP
2650 Biscayne Boulevard
Miami, Florida 33137
(305) 576-1300 (Telephone)
(305) 576-1331 (Facsimile)
Attorney for Plaintiff Rafael Ortiz

Susan Potter Norton
snorton@anblaw.com
Allen Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
(305) 445-7801 (Telephone)
(305) 442-1578 (Facsimile)
Attorney for Defendant Hooters of America, LLC

Richard J. Simeone
rsimeone@hootersfla.com
Richard A. Simeone, P.A.
4411 Cleveland Avenue
Ft. Myers, Florida 33901
(970) 920-7939 (Telephone)
(970) 920-7964 (Facsimile)
Attorneys for Defendant LTP Management Group, Inc.